

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2021

No. 04-20-00439-CV

**IN RE UNIVERSITY OF TEXAS AT SAN ANTONIO**

Original Mandamus Proceeding[1]

**ORDER**

On September 9, 2020, relator filed a petition for writ of mandamus and a motion for temporary relief, which this court granted on September 16, 2020. The real party in interest filed a response to which relator replied. We conditionally grant the petition for writ of mandamus and order the Honorable Rosie Alvarado to, within fifteen days of this order, vacate the portion of her August 27, 2020 order granting in part the real party in interest's motion to compel relator to disclose Jimenez's medical records. *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Alvarado has failed to comply with this order.

The stay issued on September 16, 2020 is LIFTED.

It is so **ORDERED** on January 20, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CI10989, styled *Jake R. Trevino v. University of Texas at San Antonio*, pending in the 224th Judicial District Court, Bexar County, Texas. The Honorable Rosie Alvarado, sitting by assignment, signed the order at issue in this proceeding.